**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 746 MAL 2014
:
                 Respondent    :
: Petition for Allowance of Appeal from the
: Order of the Superior Court
         v.               :
:
:
:
DAYTON LEBAR,             :
:
                 Petitioner    :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 11th day of December, 2014, the Petition for Allowance of Appeal is **DENIED**.